Chant Yedalian, State Bar No. 222325
(chant@chant.mobi)
CHANT & COMPANY
A Professional Law Corporation
1010 N. Central Ave.
Glendale, CA 91202
Phone: 877.574.7100
Fax: 877.574.9411

Counsel for Plaintiffs
Erin De Cesare and Roxanne Gant

John M. Davidson (to apply *pro hac vice*)
(jdavidson@ekklaw.com)
EVANS KOSUT DAVIDSON, PLLC
16000 Stuebner Airline Rd., Suite 200
Spring, Texas 77379
Phone: 281.251.7900
Fax: 281.251.7909

Counsel for Plaintiff
Roxanne Gant

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIN DE CESARE and ROXANNE GANT,<br><br>    Plaintiffs,<br><br>v.<br><br>LABORATORY CORPORATION OF AMERICA HOLDINGS, and DOES 1 through 10, inclusive,<br><br>    Defendants. | Case No. 8:16-cv-00006-DOC-KES<br><br>**NOTICE OF SETTLEMENT**<br>**[Pursuant To Local Rule 16-15.7]** |

NOTICE OF SETTLEMENT

TO THE HONORABLE COURT:

Pursuant to Local Rule 16-15.7, plaintiffs Erin De Cesare and Roxanne Gant hereby give notice that they have reached a settlement of this matter with defendant Laboratory Corporation Of America Holdings.

The parties are in the process of finalizing a written settlement agreement and expect that to conclude soon.

Respectfully submitted,

DATED: Octyober 17, 2016   CHANT & COMPANY
A Professional Law Corporation


By:   /S/ – Chant Yedalian
       Chant Yedalian
Counsel for Plaintiffs
Erin De Cesare and Roxanne Gant

- 1 -
NOTICE OF SETTLEMENT