1  **CHANT & COMPANY**
   **A Professional Law Corporation**
2  Chant Yedalian (SBN 222325)
   chant@chant.mobi
3  1010 N. Central Ave.
   Glendale, CA 91202
4  Phone: 877.574.7100
   Fax: 877.574.9411
5
   Counsel for Plaintiffs
6  Erin De Cesare and Roxanne Gant
7
   **HOGAN LOVELLS US LLP**
8  David W. Skaar (SBN 265377)
   david.skaar@hoganlovells.com
9  1999 Avenue of the Stars, Suite 1400
   Los Angeles, CA 90067
10 Phone: 310.785.4600
   Fax: 310.785.4601
11
   **HOGAN LOVELLS US LLP**
12 Steven F. Barley (admitted *pro hac vice*)
   steve.barley@hoganlovells.com
13 100 International Drive, Suite 2000
   Baltimore, Maryland 21202
14 Phone: 410.659.2700
   Fax: 410.659.2701
15
   Counsel for Defendant
16 Laboratory Corporation Of America Holdings

17
               **UNITED STATES DISTRICT COURT**
18
               **CENTRAL DISTRICT OF CALIFORNIA**
19
20
21 ERIN DE CESARE and             Case No. 8:16-cv-00006-DOC-KES
   ROXANNE GANT,
22
           Plaintiffs,            **STIPULATION OF DISMISSAL**
                                  **WITH PREJUDICE**
23 v.
24 LABORATORY CORPORATION OF
   AMERICA HOLDINGS, and DOES 1
25 through 10, inclusive,
26         Defendants.
27
28

Plaintiffs Erin De Cesare and Roxanne Gant, and Defendant Laboratory Corporation Of America Holdings, by and through their respective counsel, hereby stipulate and agree that the above-captioned action, and all of Plaintiffs' individual claims therein, are hereby dismissed with prejudice under Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

IT IS SO STIPULATED.

Dated: December 22, 2016          **CHANT & COMPANY**
                                  **A Professional Law Corporation**


                                  */s/ Chant Yedalian*[1]
                                  Chant Yedalian
                                  Counsel for Plaintiffs
                                  ERIN DE CESARE and
                                  ROXANNE GANT


Dated: December 22, 2016          **HOGAN LOVELLS US LLP**


                                  */s/ Steven F. Barley*
                                  Steven F. Barley
                                  Counsel for Defendant
                                  LABORATORY CORPORATION OF
                                  AMERICA HOLDINGS

---

[1] I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.